# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHIT MOHIT,<br><br>        Plaintiff,<br><br>    v.<br><br>KRISTI NOEM, et al.,<br><br>        Defendants. | Case No.  1:26-cv-00535-SAB<br><br>ORDER GRANTING MOHAMMAD AKIF SALEEM'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 3) |

Before the Court is the application of Mohammad Akif Saleem's, attorney for Plaintiff Mohit Mohit, for admission to practice *pro hac vice*.  L.R. 180(b)(2).  Following review, the application for admission to practice *pro hac vice* is HEREBY GRANTED.  The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:    **February 17, 2026**

STANLEY A. BOONE
United States Magistrate Judge

1