# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHIT MOHIT,<br><br>        Plaintiff,<br><br>    v.<br><br>KRISTI NOEM, et al.,<br><br>        Defendants. | Case No. 1:26-cv-00535-SAB<br><br>ORDER GRANTING STIPULATION FOR TEMPORARY STAY<br><br>ORDER VACATING MAY 7, 2026 SCHEDULING CONFERENCE<br><br>(ECF No. 9)<br><br>**DEADLINE: JULY 19, 2026** |

Plaintiff filed this action on January 22, 2026, alleging U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed in adjudicating his I-485 application. (ECF No. 1.) An initial scheduling conference is currently scheduled for May 7, 2026. (ECF No. 5.)

On March 24, 2026, the parties filed a stipulation for temporary stay of this action. (ECF No. 9.) The parties proffer that on March 10, 2026, USCIS issued an interview notice to Plaintiff, and the interview is scheduled for April 2, 2026. (Id.) The parties therefore stipulate that this matter be stayed through July 19, 2026, in order for the interview to occur as well as for USCIS to take appropriate post-interview action. The Court finds good cause to grant the request.

Accordingly, good cause appearing and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1.      The stipulated request for a temporary stay (ECF No. 9) is GRANTED;

1

2.     This action is STAYED through July 19, 2026;

3.     The scheduling conference set for May 7, 2026, is VACATED, subject to resetting upon notice to the Court; and

4.     If the matter is not resolved, the parties SHALL file a joint status report, or an appropriate motion, **on or before July 19, 2026**, specifically addressing the need to continue the stay or reset the scheduling conference.

IT IS SO ORDERED.

Dated:   **March 26, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2